In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-22-00234-CR
NO. 09-22-00235-CR

_____

EX PARTE FABBIAN DONTA SCOTT

Original Proceeding
Criminal District Court of Jefferson County, Texas
Trial Cause Nos. 21-36748 and 21-36749

MEMORANDUM OPINION

Fabbian Donta Scott filed two original applications seeking a writ of habeas corpus, and he asked that this Court conduct an evidentiary hearing into the lawfulness of his pre-trial confinement in two pending cases. In cases that arise from a criminal court that resulted from the defendant's indictment, the intermediate appellate courts lack original habeas corpus jurisdiction and do not possess the power to issue writs of

1

habeas corpus.[1] Accordingly, we dismiss the petitions without reference to their merits.

PETITIONS DISMISSED.

PER CURIAM

Submitted on August 30, 2022
Opinion Delivered August 31, 2022
Do Not Publish

Before Golemon, C.J., Horton and Johnson, JJ.

---

[1]*Ex parte Hawkins*, 885 S.W.2d 586, 588–89 (Tex. App.—El Paso 1994, orig. proceeding); Tex. Code Crim. Proc. Ann. art. 11.05.